# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor:** Robert Lee Boyd                           SSN: xxx-xx-4745

**Address:**   821 Alma Street
               Memphis, TN 38107

**Plan Payment:** $375.00 biweekly

**Payroll Deduction:** Crescent Hotels & Resorts
                      10306 Eaton Place, Suite 430
                      Fairfax, VA 22030

**Administrative:** Pay filing fee, Trustee fee, and Debtor's attorney fee, pursuant to the Court Order.

**MONTHLY PLAN PMT.**

**Auto Insurance:** [ ] Isn't included  [ ] Is included.

**Child Support:**
| | |
|---|---|
| Juvenile Court ongoing payment beginning 8-1-17 | $ 400.00 |
|    arrearages (partial)    $ 5000.00 | $ 85.00 |

**Priority Creditors:** To be paid 100%.

**Class I Unsecured:** To be paid 100%:

| | | |
|---|---|---|
| Bartlett City Court | $ 240.25 | $ 10.00 |
| City Court Clerk | $ 1374.75 | $ 25.00 |
| General Sessions Crim. Ct. | $ 4727.00 | $ 80.00 |

**Home Mortgage:**

| Secured Creditors: | Value Collateral | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| Car AAC | $ 3963.62 | 5.5% | $ 100.00 |
| Treasurer, City of Memphis | $ 900.00 | 12% | $ 25.00 |
| Shelby County Trustee | $ 900.00 | 12% | $ 25.00 |

**Unsecured Creditors:** Absent a specific court order otherwise, all claims, other than those specifically provided above, shall be paid as general unsecured debts. General unsecured creditors will receive (to be determined) of all unsecured claims after above claims are paid.

**Termination:** Plan shall terminate upon payment of the above, approximately **60**

months.

ADEQUATE PROTECTION PAYMENTS WILL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENTS

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN